ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY RATTIGAN, on behalf of herself
and all other similarly situated employees,

    Plaintiff,

-against-

DESTINATION MATERNITY
CORPORATION,

    Defendant.

11 Civ. 06253 (LLS) (JLC)

ECF CASE

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Wendy Rattigan and Defendant Destination Maternity Corporation that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate that this action is dismissed in its entirety with prejudice pursuant to the Settlement Agreement and Dismissal with Prejudice entered into between the parties, which was approved by the Court in accordance with the terms of an Order, dated March 22, 2012. As set forth in the parties' settlement agreement, each party shall bear its own fees and costs.

DATED this 2?th day of March, 2012.

The Law Firm of Louis Ginsberg, P.C.

By: _____
Louis Ginsberg, Esq.
1613 Northern Boulevard
Roslyn, NY 11576
Phone: (516) 625-0105
louisginsberg@1800lostjob.com

Lee Shalov, Esq.
McLaughlin & Stern, LLP
260 Madison Ave.
New York, NY 10016
lshalov@mclaughlinstern.com
*Attorneys for Plaintiff*

Morgan, Lewis & Bockius LLP

By: _____
Richard G. Rosenblatt, Esq. *(admitted pro hac vice)*
Amanda Betman, Esq.
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600
Fax: (609) 919-6701
abetman@morganlewis.com
*Attorneys for Defendant*

SO ORDERED:

*Louis L. Stanton*
Hon. Louis L. Stanton, U.S.D.J.

3/29/12